EXHIBIT
1

## AMERICAN ARBITRATION ASSOCIATION

LOYAL SOURCE GOVERNMENT
SERVICES, LLC,

      Claimant,

v.

OMV MEDICAL, INC.,

      Respondent.

**AAA Case No. 01-23-0001-5947**

### ORDER and INTERIM AWARD

On April 5, 2023, Loyal Source Government Services, LLC ("Loyal Source") filed a Demand with the American Arbitration Association ("AAA") to commence an Arbitration, naming OMV Medical, Inc., d/b/a Provizor Federal ("OMV"), as Respondent. On April 27, 2023, Loyal Source filed a Request for Emergency Relief to enforce the terms of a March 16, 2018 Subcontract. Since there was considerable dispute about the amount past due to Loyal Source, the Parties retained an independent auditor and worked for several months to ascertain an amount due to which both Parties agreed.

On August 14, 2023, Loyal Source and OMV agreed to a Stipulation regarding a payment schedule and enforcement terms. At the request of the Parties, the undersigned Arbitrator entered an Order to Stay Request for Emergency Relief and Incorporating Stipulation on September 6, 2023 (the "September 6, 2023 Order").

Specifically, the September 6, 2023 Order provides:

**PAYMENT IN WAWF:** … OMV will make payments to Loyal Source in weekly installments of $175,000, including interest at a SOFR plus 1.75% per annum on outstanding amounts. Interest, however, will not accrue until October 15, 2023, provided OMV makes timely payments prior to that date. … In the event of a missed payment for invoices designated as Paid In WAWF, Loyal Source will notify OMV in writing within 48 hours of the date that Loyal Source believes the missed payment was due. OMV will then have 5 business days to cure or provide a satisfactory explanation. If a cure is not achieved or an explanation satisfactory to Loyal Source is not provided, either party may file a motion for an Emergency Hearing with the Arbitrator. Within 3 business days thereafter, OMV will provide Loyal Source and the Arbitrator with a

1

sworn statement of the reasons why the payment was not due, or a cure was not achieved. Thereafter, the Arbitrator will convene an Emergency Hearing to determine whether a default or violation of this Order has occurred. Loyal Source and OMV agree that the Arbitrator has authority to accelerate any remaining payments due in this category as an Award.

…

**FUTURE PAID IN WAWF:** … Outstanding invoices not designated as "Paid" in WAWF, as of August 15, 2023, and future invoices, will be paid in full by OMV to Loyal Source within 10 calendar days after the Government designates the status in WAWF as "Paid[.]"

On September 15, 2023, Loyal Source received $555,178.19 from OMV in partial payment of $1,430,874.17 due on invoices then outstanding in the "Future Paid in WAWF" category. On September 20, 2023, Loyal Source provided OMV with an initial Notice of Default in the amount of $938,220.20 (the "First Notice of Default"). On September 21, 2023, OMV paid Loyal Source $854,999.30, of which Loyal Source applied approximately $531,546.19 towards the $938,220.20 amount in default, leaving an amount of $406,674.01 still due from the First Notice of Default.

On September 27, 2023, Loyal Source sent OMV a second Notice of Default in the amount of $175,000 that was designated as "Paid in WAWF" ("Second Notice of Default"). On September 29, 2023, OMV paid Loyal Source $175,130.77, which Loyal Source noted as a cure for the September 27, 2023 Second Notice of Default.

On September 28, 2023, Loyal Source filed a Motion for an Emergency Hearing regarding the $406,674.01 remainder subject to the September 20, 2023 First Notice of Default. On September 29, the AAA convened an Emergency Hearing.

On October 3, 2023, Loyal Source sent OMV a third Notice of Default in the amount of $797,354.99 for invoices in the "Future Paid in WAWF" category ("Third Notice of Default"). On October 3, 2023, OMV submitted a signed Declaration of Lonnie B. Chestnut, III, Provizor's Corporate Secretary, who stated the reason for the delay in payment was insufficient personnel to verify the amounts due Loyal Source. The Declaration also stated: "OMV intends to pay the outstanding balance of $406,674.01 as promptly as reasonably possible for OMV." On October 3, 2023, an Emergency Hearing was convened, wherein Mr. Chestnut elaborated on OMV's personnel situation as the cause for the delinquent payments due Loyal Source.

On October 6, 2023, OMV provided the Arbitrator with a set of slides reflecting a timeline of payments made to Loyal Source, as of October 3, 2023, together with a narrative regarding how it processes invoices and outreach efforts to obtain additional resources to assist the three analysts

responsible for processing Loyal Source's invoices but reflecting an outstanding balance due Loyal Source of approximately $10.8 million. On October 9, 2023, Loyal Source sent OMV a fourth Notice of Default for other invoices in default in an amount of $741,407.15 in the "Future Paid in WAWF" category ("Fourth Notice of Default"). On October 9, 2023, an Emergency Hearing was convened where Lamar Barnes, Chairman of Provizor and Lonnie B. Chestnut, III, indicated their intent to pay Loyal Source $406,674.01 by October 16, 2023 for the outstanding balance in the First Notice of Default. Following the hearing, Loyal Source proffered a draft Order and Award that was the subject of a follow-on hearing with AAA on October 12, 2023. Because OMV's Counsel was unable to discuss the draft Order and Award, the Emergency Hearing was reset initially for October 16, 2023, but was subsequently moved to October 17, 2023. On October 11, 2023, Loyal Source sent OMV a fifth Notice of Default in the amount of $175,000 that was designated as "Paid in WAWF" ("Fifth Notice of Default").

On October 12, 2023, Loyal Source filed with the Arbitrator a copy of the October 3, 2023 Third Notice of Default and a request for another Emergency Hearing.

On October 17, 2023, Loyal Source filed with the Arbitrator a copy of the October 9, 2023 Fourth Notice of Default and a request for another Emergency Hearing. On that date, OMV filed a Second Declaration of Mr. Lonnie Chestnut, essentially repeating representations made in his October 3, 2023 Declaration adding that "OMV has verified the amounts and intends to pay the outstanding balances of $797,354.99 and $ 741,407.15 as promptly as reasonably possible."

On October 17, 2023, an Emergency Hearing was convened, wherein OMV's counsel confirmed no further payments had been made by OMV or were in progress. The Arbitrator and the Parties also discussed revisions to the draft Order and Award.

All of the Notices of Default sent by Loyal Source to OMV and provided to the Arbitrator, as of October 17, 2023, are attached to this Order and Award as Exhibit 1.

Based on the Independent Auditor's Report, attached to the September 6, 2003 Order, and the testimony and documents proffered in the above referenced Emergency Hearings, the Arbitrator has determined that:

(1) Loyal Source is awarded and OMV will pay Loyal Source $1,945,436.15;

(2) This Interim Award will accrue interest at the rate of the Secured Overnight Financing Rate (SOFR) on the date of this Award plus 1.75% per annum;

(3) This Interim Award reflects only the invoices numbered 83955, 89493, 90841, 91129,

92648, 93210, 94221, 94407, 94511, 94977, 94978, 94993, 94995, 95380, 95382, 95384, 95401, 95466, 95534, 95685, 95686, 96632, 96716, 96717, 96731, 96739, 96837, 96865, 97030, 97065, 97355, 97528, 97532, 97533, 97534, 97536, 97538, 97540, 97542, 97728, 97729, 98093, 98314, 98375, 98377, 98386, 98417, 98833, 99155, 99156, 99157, 99160, 99162, 99218, 99247, 99575, 99646, 99649, 99652, 99742, 99840, 99895, 100035, 100036, 100130, 100244, 100249, 100331, 100343, 100354, 100358, 100531, 100542, 100662, 100664, 100723, 100724, 100812, 100814, 100819, 100836, 100842, 100845, 100859, 100863, 100870, 100877, 100883, 100939, 100944, 100945, 100946, 100947, 100968, 101006, 101130, 101148, 101149, 101150, 101209, 101246, 101252, 101253, 101260, 101266, 101272, 101286, 101290, 101292, 101295, 101308, 101436, 101437, 101438, 101439, 101452, 101453, 101456, 101504, 101532, 101569, 101575, 101589, 101590, 101591, 101608, 101615, 101640, 101642, 101646, 101647, 101660, 101694, 101721, 101777, 101804, 101862, 101863, 101864, 101867, 101937, 101948, 101949, 101951, 101955, 101979, 101985, 102050, 102051, 102089, 102090, 102100, 102118, 102124, 102140, 102141, 102148, 102149, 102150, 102172, 102175, 102178, 102183, 102184, 102188, 102196, 102198, 102212, 102214, 102230, 102231, 102232, 102235, 102242, 102266, 102281, 102301, 102312, 102313, 102316, 102321, 102333, 102344, 102349, 102354, 102374, 102378, 102382, 102383, 102390, 102395, 102404, 102411, 102413, 102435, 102436, 102438, 102439, 102444, 102454, 102456, 102457, 102460, 102461, 102472, 102474, 102482, 102494, 102496, 102497, 102506, 102515, 102516, 102518, 102531, 102580, 102612, 102623, 102626, 102629, 102631, 102633, 102637, 102642, 102650, 102652, 102653, 102654, 102655, 102667, 102673, 102675, 102679, 102689, 102710, 102724, 102731, 102732, 102748, 102749, 102750, 102751, 102760, 102764, 102765, 102766, 102784, 102788, 102798, 102799, 102802, 102804, 102805, 102821, 102823, 102825, 102834, 102835, 102846, 102848, 102913, 103032, 103035, 103104, and 103135, identified in the September 20, 2023 First Notice of Default; October 3, 2023 Third Notice of Default; and October 9, 2023 Fourth Notice of Default; and upon payment in full, Loyal Source waives any right that attaches thereto;

(4) This Interim Award is made, without prejudice to Loyal Source seeking additional awards, in the event of future defaults by OMV as to other invoices not specified by a Notice of Default or by the October 11, 2023 Fifth Notice of Default;

(5) The September 6, 2023 Order and all prior Orders entered in this Arbitration remain in full force and effect notwithstanding this Order and Interim Award; and

(6) Based on the prior agreement of the Parties, the Arbitrator will continue to retain jurisdiction over this Arbitration to adjudicate any issue(s) arising from the September 6, 2023 Order, this Order, or other Orders entered in this proceeding.

**IT IS SO ORDERED.**

Dated: October 19, 2023

Judge Susan G. Braden (Ret.)
Arbitrator

# EXHIBIT 1



Antonio M. Hernandez, Jr., Esq.
ahernandez@homerbonner.com
305 350 5194

**September 20, 2023**

VIA E-MAIL

Craig A. Holman, Esq.
Arnold & Porter
601 Massachusetts Ave., NW
Washington, DC 20001
Craig.Holman@arnoldporter.com

Re:     *Loyal Source Government Services, LLC v. OMV Medical, Inc.,*
        Case No.: 01-23-0001-5947 – Notice of Default

Dear Mr. Holman:

This letter serves as a written notice of default pursuant to the Order to Stay Request for Emergency Relief and Incorporating Stipulation ("Order"). Specifically, under the FUTURE PAID IN WAWF section of the Order, OMV was required to pay invoices totaling $1,430,874.71 on or before September 18, 2023. However, Loyal Source Government Services, LLC ("Loyal Source") received a payment in the amount of $555,178.19 on September 15, 2023, of which only $492,654.51 was designated as toward those invoices. No further payments designated toward those invoices has been received to date. Therefore, OMV is in default in the amount of $938,220.20. As a reminder, the Order provides that "Outstanding invoices not designated as 'Paid' in WAWF as of August 15, 2023, and future invoices, will be paid in full by OMV to Loyal Source within 10 calendar days after the Government designates the status in WAWF as 'Paid.'" Order at 2.

The invoices that are past due are the following:

| Invoice # | Amount |
|-----------|-----------|
| 101862 | $6,184.82 |
| 101863 | $7,021.20 |
| 90841 | $15,537.48 |
| 91129 | $10,162.88 |
| 101867 | $6,636.03 |
| 92648 | $7,817.60 |
| 93210 | $7,402.29 |

Craig A. Holman, Esq.
September 20, 2023
Page 2

| | |
|---|---|
| 94221 | $7,714.40 |
| 94511 | $7,617.97 |
| 94978 | $5,400.08 |
| 102456 | $14,071.68 |
| 94993 | $15,428.80 |
| 94995 | $7,714.40 |
| 95380 | $7,500.01 |
| 95382 | $3,884.37 |
| 95384 | $7,714.40 |
| 95401 | $2,475.00 |
| 95466 | $5,210.80 |
| 95685 | $7,927.20 |
| 102580 | $14,268.96 |
| 96716 | $15,606.68 |
| 99840 | $25,162.68 |
| 96731 | $13,203.74 |
| 97532 | $6,256.00 |
| 97536 | $7,820.00 |
| 97728 | $2,677.29 |
| 97729 | $27,633.92 |
| 97542 | $5,865.00 |
| 98093 | $2,743.13 |
| 98417 | $3,160.08 |
| 98833 | $2,589.52 |
| 99157 | $7,820.00 |
| 101149 | $4,271.36 |
| 99162 | $7,038.00 |
| 100814 | $6,962.40 |
| 99742 | $6,750.40 |
| 100863 | $2,320.80 |
| 101006 | $7,820.00 |
| 101148 | $11,730.00 |
| 101209 | $7,820.00 |
| 101266 | $14,760.25 |
| 101437 | $4,726.32 |
| 99895 | $3,815.91 |
| 100130 | $3,793.60 |
| 101253 | $3,308.80 |
| 101286 | $14,858.00 |
| 101569 | $7,820.00 |
| 100724 | $3,793.60 |

HomeR BonneR Jacobs Ortiz, P.A.

Craig A. Holman, Esq.
September 20, 2023
Page 3

| | |
|---|---|
| 100249 | $2,797.22 |
| 100870 | $6,212.70 |
| 101260 | $1,443.84 |
| 101615 | $10,424.72 |
| 100244 | $3,570.40 |
| 102100 | $25,816.89 |
| 100664 | $11,933.20 |
| 100358 | $12,166.40 |
| 100812 | $8,122.80 |
| 100877 | $2,715.75 |
| 101647 | $4,331.52 |
| 102382 | $10,726.40 |
| 102436 | $14,858.00 |
| 100542 | $3,570.40 |
| 100723 | $4,197.60 |
| 100662 | $8,964.82 |
| 100819 | $7,128.44 |
| 100836 | $7,565.76 |
| 100842 | $9,283.20 |
| 101589 | $15,640.00 |
| 101608 | $4,331.52 |
| 101272 | $3,793.60 |
| 102124 | $21,222.36 |
| 100968 | $6,041.97 |
| 100883 | $6,625.55 |
| 101591 | $14,076.00 |
| 102637 | $3,128.32 |
| 102118 | $3,399.72 |
| 101660 | $5,742.40 |
| 101640 | $3,850.24 |
| 101642 | $5,363.20 |
| 102413 | $11,979.12 |
| 102612 | $6,332.18 |
| 101504 | $6,868.68 |
| 102050 | $4,784.00 |
| 102051 | $22,057.33 |
| 101937 | $2,461.46 |
| 101721 | $3,850.24 |
| 102089 | $6,304.80 |
| 102090 | $5,674.32 |
| 102148 | $3,379.53 |

HomeR BonneR Jacobs Ortiz, P.A.

Craig A. Holman, Esq.
September 20, 2023
Page 4

| | |
|---|---|
| 102281 | $15,640.00 |
| 102444 | $2,570.92 |
| 102497 | $5,674.32 |
| 102623 | $5,973.76 |
| 102631 | $18,764.72 |
| 101979 | $3,160.08 |
| 101985 | $4,965.03 |
| 102140 | $4,641.84 |
| 102141 | $5,043.84 |
| 102333 | $2,534.70 |
| 102404 | $11,348.64 |
| 101949 | $1,969.89 |
| 101951 | $16,826.43 |
| 102629 | $17,831.23 |
| 102344 | $2,715.75 |
| 102474 | $6,304.80 |
| 102506 | $3,291.75 |
| 102178 | $2,641.85 |
| 102188 | $10,029.14 |
| 102349 | $3,693.17 |
| 102242 | $15,970.83 |
| 102212 | $30,389.17 |
| 102235 | $7,107.70 |
| 102482 | $4,342.33 |
| 102496 | $6,304.80 |
| 102515 | $2,878.70 |
| 102518 | $3,050.36 |

In the spirit of the Order, Loyal Source expects OMV will immediately cure this default by paying Loyal Source the overdue $938,220.20.

Thank you for your attention to this matter. Please contact me should you have any questions. Nothing in this letter is intended to waive any rights, all of which are reserved.

Very truly yours,

Antonio M. Hernandez, Jr.

Cc: Client

Homer Bonner Jacobs Ortiz, P.A.



Antonio M. Hernandez, Jr., Esq.
ahernandez@homerbonner.com
305 350 5194

**September 27, 2023**

VIA E-MAIL

Craig A. Holman, Esq.
Arnold & Porter
601 Massachusetts Ave., NW
Washington, DC 20001
Craig.Holman@arnoldporter.com

Re:     *Loyal Source Government Services, LLC v. OMV Medical, Inc.,*
        Case No.: 01-23-0001-5947 – First Notice of Default as to PAYMENT IN WAWF

Dear Mr. Holman:

This letter serves as a written notice of default pursuant to the Order to Stay Request for Emergency Relief and Incorporating Stipulation ("Order"). Specifically, under the PAYMENT IN WAWF section of the Order, OMV Medical, Inc. n/k/a Provizor ("OMV") was required to make weekly payments of $175,000.00 on every Tuesday. The fourth payment on the schedule attached as Exhibit B to the Order was due on September 26, 2023, but Loyal Source Government Services, LLC ("Loyal Source") did not receive any payment.

Loyal Source expects OMV will **immediately cure** this default by paying Loyal Source the overdue $175,000.00, **but no later than October 4, 2023**. If OMV does not cure, then it must "provide a satisfactory explanation" no later than October 4, 2023. Order at 1.

Thank you for your attention to this matter. Please contact me should you have any questions. Nothing in this letter is intended to waive any rights, all of which are reserved.

Very truly yours,

Antonio M. Hernandez, Jr.

Cc: Client



Antonio M. Hernandez, Jr., Esq.
ahernandez@homerbonner.com
305 350 5194

**October 3, 2023**

VIA E-MAIL

Craig A. Holman, Esq.
Arnold & Porter
601 Massachusetts Ave., NW
Washington, DC 20001
Craig.Holman@arnoldporter.com

Re:    *Loyal Source Government Services, LLC v. OMV Medical, Inc.,*
        Case No.: 01-23-0001-5947 –
        Notice of Second Default on FUTURE PAID IN WAWF Invoices

Dear Mr. Holman:

This letter serves as a written notice of default pursuant to the Order to Stay Request for Emergency Relief and Incorporating Stipulation ("Order"). Specifically, under the FUTURE PAID IN WAWF section of the Order, OMV was required to pay invoices totaling $797,354.99 on or before September 22, 2023. However, Loyal Source Government Services, LLC ("Loyal Source") has not received payment toward those invoices. Therefore, OMV is in default in the amount of $797,354.99.[1] As a reminder, the Order provides that "Outstanding invoices not designated as 'Paid' in WAWF as of August 15, 2023, and future invoices, will be paid in full by OMV to Loyal Source within 10 calendar days after the Government designates the status in WAWF as 'Paid.'" Order at 2.

The invoices that became past due since the Notice of First Default are the following:

| Invoice # | Amount |
|---|---|
| 83955 | $3,333.12 |
| 95686 | $3,468.15 |
| 96717 | $7,134.48 |

---

[1] On September 20, 2023, Loyal Source sent a notice of default for invoices due to be paid on or before September 18, 2023 ("Notice of First Default"). As of the sending of this letter, there still remains a default of $406,674.01 associated with the invoices listed in the Notice of First Default. Those invoices are separate and apart from the invoices listed in this letter. Therefore, the total amount in default associated with the Notice of First Default and this letter is $1,204,029.00.

Craig A. Holman, Esq.
October 3, 2023
Page 2

| | |
|---|---|
| 96739 | $7,134.48 |
| 97528 | $8,323.56 |
| 97533 | $7,828.11 |
| 97534 | $7,902.43 |
| 97538 | $3,914.06 |
| 97540 | $6,044.49 |
| 99247 | $2,316.16 |
| 100354 | $25,167.20 |
| 100859 | $3,228.12 |
| 101130 | $6,605.52 |
| 101150 | $2,406.40 |
| 101246 | $1,443.84 |
| 101252 | $4,659.28 |
| 101290 | $7,820.00 |
| 101292 | $7,820.00 |
| 101436 | $5,162.08 |
| 101438 | $5,111.80 |
| 101439 | $4,659.28 |
| 101575 | $7,820.00 |
| 101590 | $5,474.00 |
| 101646 | $15,640.00 |
| 101694 | $7,818.00 |
| 101777 | $48,109.02 |
| 101804 | $4,331.52 |
| 101948 | $41,808.36 |
| 102149 | $4,812.80 |
| 102172 | $3,825.98 |
| 102175 | $1,989.36 |
| 102183 | $22,854.75 |
| 102184 | $3,960.00 |
| 102198 | $47,749.00 |
| 102214 | $8,269.50 |
| 102230 | $24,552.40 |
| 102231 | $11,558.08 |
| 102232 | $25,058.52 |
| 102312 | $2,346.00 |
| 102313 | $7,820.00 |
| 102316 | $1,722.72 |
| 102321 | $11,730.00 |
| 102354 | $27,882.19 |
| 102374 | $6,481.68 |

HomeR BonneR Jacobs Ortiz, P.A.

Craig A. Holman, Esq.
October 3, 2023
Page 3

| | |
|---|---|
| 102383 | $10,726.40 |
| 102390 | $9,385.60 |
| 102395 | $8,380.00 |
| 102411 | $4,151.04 |
| 102435 | $10,726.40 |
| 102438 | $14,076.00 |
| 102454 | $3,850.24 |
| 102457 | $4,826.88 |
| 102460 | $4,812.80 |
| 102461 | $5,229.12 |
| 102472 | $4,812.80 |
| 102494 | $15,640.00 |
| 102516 | $6,304.80 |
| 102531 | $25,611.15 |
| 102626 | $3,152.40 |
| 102633 | $4,739.19 |
| 102650 | $23,485.15 |
| 102652 | $5,467.25 |
| 102653 | $4,250.40 |
| 102655 | $3,559.24 |
| 102675 | $4,632.32 |
| 102679 | $5,363.20 |
| 102689 | $6,886.76 |
| 102710 | $4,812.80 |
| 102731 | $5,157.60 |
| 102748 | $5,667.20 |
| 102749 | $5,674.33 |
| 102750 | $6,304.80 |
| 102765 | $9,226.88 |
| 102784 | $5,157.60 |
| 102788 | $4,878.57 |
| 102799 | $25,707.39 |
| 102821 | $23,282.56 |
| 102823 | $3,564.00 |
| 102825 | $3,202.20 |
| 102834 | $6,028.97 |
| 102835 | $5,302.10 |
| 102846 | $6,304.80 |
| 102848 | $4,931.97 |
| 102913 | $6,985.85 |

HomeR BonneR Jacobs Ortiz, P.A.

Craig A. Holman, Esq.
October 3, 2023
Page 4

Loyal Source expects OMV will immediately cure the default, but not later than October 10, 2023 or provide a satisfactory explanation as to why a cure was not achieved as to these above invoices by October 10, 2023.

Thank you for your attention to this matter. Please contact me should you have any questions. Nothing in this letter is intended to waive any rights, all of which are reserved.

Very truly yours,

Antonio M. Hernandez, Jr.

Cc: Client

Homer Bonner Jacobs Ortiz, P.A.



Antonio M. Hernandez, Jr., Esq.
ahernandez@homerbonner.com
305 350 5194

**October 9, 2023**

VIA E-MAIL

Craig A. Holman, Esq.
Arnold & Porter
601 Massachusetts Ave., NW
Washington, DC 20001
Craig.Holman@arnoldporter.com

Re:  *Loyal Source Government Services, LLC v. OMV Medical, Inc.,*
     Case No.: 01-23-0001-5947 –
     Notice of Third Default on FUTURE PAID IN WAWF Invoices

Dear Mr. Holman:

This letter serves as a written notice of default pursuant to the Order to Stay Request for Emergency Relief and Incorporating Stipulation ("Order"). Specifically, under the FUTURE PAID IN WAWF section of the Order, OMV Medical, Inc. ("OMV") was required to pay invoices totaling $445,066.09 that were designated as "PAID" in WAWF but that OMV excluded from prior WAWF reports. OMV excluded joint task orders from the WAWF reports it provided to Loyal Source. OMV has now acknowledged having received payment for those invoices, but Loyal Source has not received payment toward those invoices. In addition, there are an additional $296,341.06 in invoices that have been designated in WAWF as Paid at least 10 days ago. Therefore, OMV is in default in the amount of $741,407.15.[1] As a reminder, the Order provides that "Outstanding invoices not designated as 'Paid' in WAWF as of August 15, 2023, and future invoices, will be paid in full by OMV to Loyal Source within 10 calendar days after the Government designates the status in WAWF as 'Paid.'" Order at 2.

---

[1] On September 20, 2023, Loyal Source sent a notice of default for invoices due to be paid on or before September 18, 2023 ("Notice of First Default"). As of the sending of this letter, there still remains a default of $406,674.01 associated with the invoices listed in the Notice of First Default. On October 3, 2023, Loyal Source sent a notice of default for invoices due on or before September 22, 2023 ("Notice of Second Default"). As of the sending of this letter, there still remains a default of $797,354.99 associated with the invoices listed in the Notice of Second Default. The invoices in the Notice of First Default and Notice of Second Default are separate and apart from the invoices listed in this letter. Therefore, the total amount in default associated with the Notice of First Default, Notice of Second Default, and this letter is $1,945,436.15.

Craig A. Holman, Esq.
October 9, 2023
Page 2

The additional invoices in default are the following:

| Invoice # | Amount |
|-----------|--------|
| 89493 | $4,621.37 |
| 94407 | $2,475.20 |
| 94977 | $6,557.24 |
| 95534 | $3,858.60 |
| 96632 | $6,228.60 |
| 96837 | $24,898.23 |
| 96865 | $5,043.84 |
| 97030 | $12,180.08 |
| 97065 | $28,316.43 |
| 97355 | $26,443.30 |
| 98314 | $12,718.40 |
| 98375 | $7,134.48 |
| 98377 | $4,756.32 |
| 98386 | $8,866.88 |
| 99155 | $7,927.20 |
| 99156 | $7,927.20 |
| 99160 | $6,094.04 |
| 99218 | $8,964.82 |
| 99575 | $3,401.48 |
| 99646 | $7,927.20 |
| 99649 | $4,756.32 |
| 99652 | $5,514.82 |
| 100035 | $51,223.99 |
| 100036 | $2,116.73 |
| 100331 | $2,169.99 |
| 100343 | $15,423.20 |
| 100531 | $49,662.06 |
| 100845 | $23,816.92 |
| 100939 | $51,830.16 |
| 100944 | $9,142.40 |
| 100945 | $13,990.24 |
| 100946 | $4,140.18 |
| 100947 | $7,568.46 |
| 101295 | $6,093.23 |
| 101308 | $8,124.37 |
| 101452 | $13,354.32 |
| 101453 | $6,174.27 |
| 101456 | $20,146.28 |

HomeR BonneR Jacobs Ortiz, P.A.

Craig A. Holman, Esq.
October 9, 2023
Page 3

| | |
|---|---|
| 101532 | $34,529.37 |
| 101864 | $6,999.20 |
| 101955 | $1,138.08 |
| 102150 | $4,632.32 |
| 102196 | $1,640.17 |
| 102266 | $8,016.57 |
| 102301 | $4,641.60 |
| 102378 | $7,706.40 |
| 102439 | $7,038.00 |
| 102642 | $5,833.68 |
| 102654 | $33.47 |
| 102667 | $452.81 |
| 102673 | $6,962.40 |
| 102724 | $3,368.96 |
| 102732 | $5,006.08 |
| 102751 | $5,802.00 |
| 102760 | $9,885.22 |
| 102764 | $42,042.16 |
| 102766 | $6,120.95 |
| 102798 | $6,348.53 |
| 102802 | $3,908.16 |
| 102804 | $13,991.36 |
| 102805 | $24,525.36 |
| 103032 | $14,076.00 |
| 103035 | $6,940.25 |
| 103104 | $5,667.20 |
| 103135 | $12,512.00 |

Loyal Source expects OMV will immediately cure the default, but not later than October 16, 2023 or provide a satisfactory explanation as to why a cure was not achieved as to these above invoices by October 16, 2023.

Thank you for your attention to this matter. Please contact me should you have any questions. Nothing in this letter is intended to waive any rights, all of which are reserved.

Very truly yours,

Antonio M. Hernandez, Jr.
Cc: Client

HomeR BonneR Jacobs Ortiz, P.A.



Antonio M. Hernandez, Jr., Esq.
ahernandez@homerbonner.com
305 350 5194

**October 11, 2023**

VIA E-MAIL

Craig A. Holman, Esq.
Arnold & Porter
601 Massachusetts Ave., NW
Washington, DC 20001
Craig.Holman@arnoldporter.com

Re:    *Loyal Source Government Services, LLC v. OMV Medical, Inc.,*
       Case No.: 01-23-0001-5947 –Notice of Second Default as to PAYMENT IN WAWF

Dear Mr. Holman:

This letter serves as a written notice of default pursuant to the Order to Stay Request for Emergency Relief and Incorporating Stipulation ("Order"). Specifically, under the PAYMENT IN WAWF section of the Order, OMV Medical, Inc. n/k/a Provizor ("OMV") was required to make weekly payments of $175,000.00 every Tuesday. The sixth payment on the schedule attached as Exhibit B to the Order was due on October 10, 2023, but Loyal Source Government Services, LLC ("Loyal Source") did not receive any payment.

Loyal Source expects OMV will **immediately cure** this default by paying Loyal Source the overdue $175,000.00, **but no later than October 18, 2023**. If OMV does not cure, then it must "provide a satisfactory explanation" no later than October 18, 2023. Order at 1.

Thank you for your attention to this matter. Please contact me should you have any questions. Nothing in this letter is intended to waive any rights, all of which are reserved.

Very truly yours,

Antonio M. Hernandez, Jr.

Cc: Client